**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CURTIS L. MARTIN**                                                                                          **PLAINTIFF**
**ADC #86683**

**v.**                          **CASE NO. 5:10CV00311 BSM**

**KAJUANA L. JACOBS, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, judgment is entered dismissing this case with prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE